IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PERFECT GAME INCORPORATED, | § § § | No. 285, 2025 |
| Plaintiff Below, Appellant, | § § § | Court Below–the Superior Court of the State of Delaware |
| v. | § § | C.A. No. N24C-05-052 |
| RISE 2 GREATNESS FOUNDATION, | § § § § | |
| Defendant Below, Appellee. | § § | |

Submitted: January 7, 2026
Decided: January 16, 2026

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Order dated June 2, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice